# Mikes Bikes Inc
## STATEMENT OF CASH FLOWS
Seven Months Ended July 31, 2016

| | | |
|---|---|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net Income (Loss) | $ | 13,708.50 |
| Adjustments to reconcile Net Income (Loss) to net Cash: | | |
| (Increase) Decrease in: | | |
| Increase (Decrease) in: | | |
| Total Adjustments | $ | 0.00 |
| Net Cash Provided By (Used In) Operating Activities | $ | 13,708.50 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Advances From Officer | | -3,232.48 |
| Net Cash Provided By (Used In) Investing Activities | $ | -3,232.48 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net Cash Provided By (Used In) Financing Activities | $ | 0.00 |
| **NET INCREASE (DECREASE) IN CASH** | $ | 10,476.02 |
| **CASH AT BEGINNING OF PERIOD** | $ | -233.00 |
| **CASH AT END OF PERIOD** | $ | 10,243.02 |